**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re:<br>DANIEL STEWARD III<br>PRISCILLA R STEWARD<br>3438 ROSWELL DR<br>COLUMBUS, OH  43227 | Case No:    05-64988<br><br>Judge:    CHARLES M. CALDWELL |

PRISCILLA R STEWARD
3438 ROSWELL DR
COLUMBUS, OH  43227

SSN(S):    XXX-XX-3306
           XXX-XX-5783

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  November 29, 2010            /s/ Frank M. Pees
                                     Frank M. Pees
                                     Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| FIRST CONSUMERS NATIONAL BANK<br>PO BOX 922788<br>NORCROSS, GA  300102788 | 34.36 |